ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cascade Designs, Inc. | ) ASBCA No. 62378-ADR |
| | ) |
| Under Contract No. W911QY-17-D-0246 | ) |

APPEARANCE FOR THE APPELLANT:     William A. Shook, Esq.
  The Law Offices of William A. Shook PLLC
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
  Army Chief Trial Attorney
  MAJ Jill B. Wiley, JA
  MAJ Nhu Thi To Tran, JA
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 28, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62378-ADR, Appeal of Cascade Designs, Inc., rendered in conformance with the Board's Charter.

Dated:  October 31, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals